UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. |
| v. | ) 4:25CR569-CMS/PLC |
| ALEJANDRO PEREZ-FIGUEROA, | ) |
| Defendant. | ) |

**FILED**
NOV - 5 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## GOVERNMENT'S ENTRY OF APPEARANCE

COME NOW Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Colleen Lang, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

THOMAS C. ALBUS
United States Attorney

*Colleen C. Lang*
COLLEEN C. LANG, #56872MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200