# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Case No.: 4:25-cr-00569-CMS-PLC-1 |
| ) | |
| v. ) | |
| ) | |
| **Alejandro PEREZ-FIGUEROA,** ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

**COMES NOW, RAYMOND R. BOLOURTCH,** and enters his appearance on behalf of Alejandro PEREZ-FIGUEROA.

DATED: November 6, 2025         Respectfully submitted,

**COFMAN & BOLOURTCHI, LLC**

By:   */s/ Raymond R. Bolourtchi*
Raymond R. Bolourtchi, MBE 48317
The University Tower
1034 South Brentwood Boulevard
23rd Floor, Suite PH-1B
Saint Louis Missouri 63117
Telephone: (314) 863-3838
Facsimile: (314) 863-3896
Mobile: (314) 308-4139
ATTORNEY FOR DEFENDANT

**Certificate of Electronic Filing**

**I hereby certify that on the 6th day of November 2025, I electronically filed the forgoing with the Clerk of the Court for the United States District Court for the Eastern District of Missouri by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.**


*/s/ Raymond R. Bolourtchi*
**Raymond R. Bolourtchi**