UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ALEJANDRO PEREZ-FIGUEROA,<br><br>Defendant. | No. 4:25-CR-00569 CMS PLC |

### GOVERNMENT'S ENTRY OF APPEARANCE

COMES Now the United States of America, by and through its attorneys the United States Attorney for the Eastern District of Missouri, and Colleen C. Lang, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

    Respectfully submitted,

    THOMAS C. ALBUS
    United States Attorney


    */s/ Colleen C. Lang*
    COLLEEN C. LANG, #56872MO
    Assistant United States Attorney