IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-CR-00569 CMS PLC |
| | ) |
| ALEJANDRO PEREZ-FIGUEROA, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Colleen Lang, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

The Bail Reform Act requires that before conducting a requested detention hearing, the court is to determine that the case is eligible for said hearing under section 3142(f). Section 3142(f)(1) authorizes a detention hearing in a case involving (1) a crime of violence; (2) an offense carrying a penalty of life imprisonment or death; (3) a federal drug offense carrying a penalty of ten years or more; (4) a felony following convictions for two or more of the three foregoing offenses; or (5) any felony that is not otherwise a crime of violence that involves a minor victim, or that involves the possession or use of a firearm or destructive device or any other dangerous weapon or involves a failure to register as a sex offender. 18 U.S.C. §3142(f)(1). In this case,

Defendant is charged with illegal reentry under Title 8, United States Code, Section 1326(a), which are not one of the crimes enumerated under § 3142(f)(1).

However, the court may hold a hearing on its own motion or the government's motion in a case that involves a serious risk of flight or a serious risk that the person will obstruct or attempt to obstruct justice; threaten, injure or intimidate or attempt to threaten, injure or intimidate a prospective witness or juror. 18 U.S.C. §3142(f)(2).

The Government formally moves for detention and in support of states as follows:

1. Defendant is charged with Unlawful Re-entry into in the United States by a Removed Alien, in violation of Title 8, United States Code, Section 1326. The facts are as follows: The Defendant was taken into custody outside his place of employment by law enforcement on October 23, 2025. The Defendant is a citizen of Mexico and has no legal standing in the United States. The defendant was removed once before in 2012. In 2009, the defendant entered the country unlawfully on three separate occasions, but voluntarily removed himself after contact with law enforcement each time.

2. Pursuant to Title 18, United States Code, Section 3142(g),

(a) the weight of the evidence against the Defendant - the Defendant is currently in the Eastern District of Missouri after having been removed from this country once before. His presence is our country is unlawful;

(b) defendant's history and characteristics - the Defendant is a citizen of Honduras and has no legal status in this country. It appears that the Defendant has no connection to our area. The Defendant is a serious flight risk.

These factors warrant Defendant's detention pending trial.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community and the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY


*/s/Colleen C. Lang*
COLLEEN C. LANG, #56872MO
ASSISTANT UNITED STATES ATTORNEY
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200
colleen.lang@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Colleen Lang*
COLLEEN C. LANG, #56872MO
ASSISTANT UNITED STATES ATTORNEY